[This opinion has been published in *Ohio Official Reports* at 77 Ohio St.3d 372.]

BOWSER ET AL., APPELLEES AND CROSS-APPELLANTS, V. NATIONWIDE INSURANCE COMPANY, APPELLANT AND CROSS-APPELLEE.

[Cite as *Bowser v. Nationwide Ins. Co.*, 1997-Ohio-50.]

*Insurance—Automobile liability—Each person covered by an uninsured motorist policy who is asserting a claim for loss of consortium has a separate claim subject to a separate per person policy limit—Provision in insurance policy that reaches a contrary result is unenforceable.*

(No. 96-1424—Submitted December 11, 1996—Decided January 29, 1997.)

APPEAL and CROSS-APPEAL from the Court of Appeals for Montgomery County, No. CA-15251.

_____

*Froelich & Weprin, L.P.A.,* and *Gary L. Froelich*, for appellees and cross-appellants.

*Jenks, Surdyk & Cowdrey Co., L.P.A.*, and *Edward Dowd*, for appellant and cross-appellee.

_____

{¶ 1} The discretionary appeal is denied.

{¶ 2} The discretionary cross-appeal is allowed.

{¶ 3} The judgment of the court of appeals on cross-appeal is reversed, and the cause is remanded to the trial court for further proceedings on the authority of *Schaefer v. Allstate Ins. Co.* (1996), 76 Ohio St.3d 553, 668 N.E.2d 913.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

_____